```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF WEST VIRGINIA
                         AT MARTINSBURG
```

JEFFERSON COUNTY COMMISSION; PATRICIA
NOLAND, as an individual and behalf of
all others similarly situated; DALE MANUEL,
as an individual and behalf of all others
similarly situated,

      Plaintiffs, and

THORNTON COOPER,

      Intervening Plaintiff,

    v.                     CIVIL ACTION NO. 3:11-CV-96-JPB

NATALIE TENNANT, in her capacity as the
Secretary of State; EARL RAY TOMBLIN, in
his capacity as the Chief Executive Officer
of the State of West Virginia; JEFFREY
KESSLER, in his capacity as the Acting
President of the Senate of the West
Virginia Legislature; RICHARD THOMPSON,
in his capacity as the Speaker of the
House of Delegates of the West Virginia
Legislature,

      Defendants.

                                     _____

                                 O R D E R

                                   _____

     IT APPEARING to the undersigned Chief Judge of the Fourth

Judicial Circuit of the United States that a civil action as

above entitled has been instituted in the United States District

Court for the Northern District of West Virginia wherein the plaintiffs challenge the constitutionality of the apportionment of congressional districts; and

IT FURTHER APPEARING that a request to convene a three-judge district court has been presented to the United States District Court for the Northern District of West Virginia, which has notified the undersigned pursuant to 28 U.S.C. § 2284 of the pendency of such request to the end that a court of three judges may be convened as required by 28 U.S.C. § 2284:

NOW, THEREFORE, I DO HEREBY DESIGNATE the Honorable Robert B. King, United States Circuit Judge for the Fourth Circuit; the Honorable John Preston Bailey, United States Chief District Judge for the Northern District of West Virginia; and the Honorable Irene C. Berger, United States District Judge for the Southern District of West Virginia, to serve in the hearing and determination of this action, as provided by law, the three to constitute a district court of three judges as provided by 28 U.S.C. § 2284.

This 29 day of November, 2011.

William B. Traxler, Jr.
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit