IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND,** *as an individual
and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and
behalf of all others similarly situated*,

      Plaintiffs, and

**THORNTON COOPER,**

      Intervening Plaintiff,

v.                                             Civil Action No. 3:11-CV-96
                                               (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as
the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; **JEFFREY
KESSLER,** *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; **and RICHARD THOMPSON,** *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

      Defendants.

## NOTICE.

    **Thornton Cooper,** Intervening Plaintiff, *pro se*, hereby notifies the Court and the other parties, or their Counsel, of all potential scheduling conflicts of which he is aware from the date that this notice is filed through January 31, 2012.

1

(1) Mr. Cooper has been subpoenaed as a witness to testify at a trial that begins on Tuesday, December 13, 2011, in Charleston in Civil Action No. 2:09-1972 before the United States District Court for the Southern District of West Virginia. He anticipates that preparation for this trial and his appearance as a witness will create scheduling conflicts on all of December 12 and 13, 2011.

(2) Mr. Cooper is representing a client before the Public Service Commission of West Virginia in a hearing that begins on Thursday, December 15, 2011, in Charleston in Case No. 11-0253-SWF-P. He anticipates that preparation for this hearing and his participation as Counsel will create scheduling conflicts on all of December 14, 15, and 16, 2011.

Mr. Cooper is not aware of any other potential scheduling conflicts involving his participation in pending court cases or administrative hearings during December 2011 and January 2012.

**THORNTON COOPER**

**Intervening Plaintiff**

**Pro Se**

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV  25303
 (304) 744-9616 (home)
thornbush@att.net

Dated:  December 3, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG


**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*,

    Plaintiffs, and

**THORNTON COOPER,**

    Intervening Plaintiff,


v.                                         Civil Action No. 3:11-CV-96
                                                (KING, BAILEY, BERGER)


**NATALIE E. TENNANT,** *in her capacity as*
*the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer*
*of the State of West Virginia*; **JEFFREY**
**KESSLER,** *in his capacity as the Acting*
*President of the Senate of the West Virginia*
*Legislature*; **and RICHARD THOMPSON,** *in*
*his capacity as the Speaker of the House of*
*Delegates of the West Virginia Legislature*,

    Defendants.


## CERTIFICATE OF SERVICE.

    I, Thornton Cooper, Intervening Plaintiff, do hereby certify that on December 3, 2011, I electronically filed the foregoing **NOTICE** with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV  25401
Phone: (304) 264-8505
Fax: (304) 264-8506
dhammmer@hfslawyers.com
Counsel for Plaintiffs;

George E. Carenbauer, Esq.
Steptoe & Johnson
P. O Box 1588
Charleston, WV  25326
Phone: (304) 353-8000
Fax:  (304) 353-8180
George.Carenbauer@steptoe-johnson.com
Counsel for Jeffrey Kessler; and

Stephen G. Skinner, Esq.
Skinner Law Firm
P. O. Box 487
Charles Town, WV  25414
Phone:  (304) 725-7029
Fax:  (304) 725-4082
sskinner@skinnerfirm.com
Counsel for Plaintiffs;

Anthony J. Majestro, Esq.
Cynthia A. Majestro, Esq.
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Phone:  (304) 346-2889
Fax:  (304) 346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com
Counsel for Richard Thompson;

and do hereby further certify that on December 3, 2011, I have mailed, by United States Postal Service, this document to the following non-CM/ECF participants:

The Honorable Natalie E. Tennant
West Virginia Secretary of State
Building 1, Suite 157-K
1900 Kanawha Boulevard, East
Charleston, WV  25305-0770;

The Honorable Darrell McGraw
West Virginia Attorney General
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Boulevard, East
Charleston, WV  25305.

The Honorable Earl Ray Tomblin
Governor of the State of West Virginia
State Capitol Building
1900 Kanawha Boulevard, East
Charleston, WV  25305; and

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV  25303
(304) 744-9616 (home)
thornbush@att.net

4