IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND; as an individual
and on behalf of all others similarly situated,
and DALE MANUEL; as an individual and
on behalf of all others similarly situated,

            Plaintiffs, and

THORNTON COOPER,

            Intervening Plaintiff,

v.                                                    Civil Action No. 3:11-CV-96
                                                      (KING, BAILEY, BERGER)

NATALIE E. TENNANT, in her capacity as
the Secretary of State; EARL RAY TOMBLIN,
in his capacity as the Chief Executive Officer
of the State of West Virginia; JEFFREY KESSLER,
in his capacity as the Acting President of the
Senate of the West Virginia Legislature; and
RICHARD THOMPSON, in his capacity as the
Speaker of the House of Delegates of the
West Virginia Legislature,

            Defendants.

## SCHEDULING ORDER

Pursuant to 28 U.S.C. § 2284, it is hereby **ORDERED** that the following dates be adopted to govern the adjudication of this matter. A joint statement of stipulated facts and disputed facts shall be filed by **December 20, 2011, at 5:00 p.m.** Any party shall give notice of his or her intent to present testimony, including a brief description thereof, by **December 20, 2011, at 5:00 p.m.** Opening briefs by each party shall be filed by **December 20, 2011, at 5:00 p.m.** Response briefs by each party shall be filed by

1

**December 22, 2011, at 5:00 p.m.** Finally, this Court will receive testimony and/or hear oral argument in Elkins or Charleston, West Virginia, on **December 27, 2011, at 10:00 a.m.**, and continuing, if necessary, from day to day thereafter until the proceedings are concluded.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 6, 2011.

*[signature: Cheryl Dean Riley]*
CHERYL DEAN RILEY
CLERK OF COURT

Entered at the direction of Chief Judge Bailey, with the concurrences of Circuit Judge King and District Judge Berger.